UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04-CR-290-F-9
NO. 5:04-CR-290-F-13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DISMISSAL ORDER |
| | ) | |
| DAVID ALFREDO GOVIDA GOMEZ | ) | |
| LUIS ALBERTO BORJAS LINARES | ) | |

The United States of America by and through the United States Attorney for the Eastern District of North Carolina, has moved the Court, pursuant to Fed. R. Crim .P. 48(a), to dismiss all charges in the pending Indictment as they relate to defendants David Alfredo Govida Gomez and Luis Alberto Borjas Linares only. Such charges include Counts One, Two and Seven of the subject Indictment, as they relate to defendant David Alfredo Govida Gomez and Counts One and Three of the subject Indictment as they relate to defendant Luis Alberto Borjas Linares. For good cause shown, the Court hereby GRANTS THE MOTION. All charges pertaining to the defendants listed herein are hereby DISMISSED as they relate to these defendants only.

So ORDERED this 23rd day of September, 2014.

_____
JAMES C. FOX
Senior United States District Judge